FILED'07 OCT 01 14:37USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| S. FAITH VAN DYKE, | ) | Civil No. 07-3007-CL |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| F.P. GROUP, P.C., | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

On September 12, 2007, Magistrate Judge Clarke filed his Report and Recommendation, which recommends granting Plaintiff's motion for partial summary judgment on her claim that Defendant failed to furnish her a COBRA continuation notice within the time period established by law.

Neither party has filed objections to that Recommendation. The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 26) is adopted. Plaintiff's motion (# 11) for partial summary judgment is granted.

IT IS SO ORDERED.

DATED this ___/___ day of October, 2007.

_____
Owen M. Panner
United States District Judge

2 - ORDER